STATE OF NEW JERSEY v. JACINTO CORA.

Sept. 18, 1979.  Petition for certification denied.

HARRY TATE v. AMERICAN SMELTING & REFINING CO.

Sept. 18, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM C. HAMILTON.

Sept. 18, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. DARRYL WALKER.

Sept. 18, 1979.  Petition for certification denied.

J. BARANELLO & SONS, INC.

v.

CITY OF PATERSON.

Sept. 18, 1979.  Petition for certification denied.  (See 168 *N.J.Super.* 502).

STATE OF NEW JERSEY v. JAMES MATTHEWS.

Sept. 18, 1979.  Petition for certification denied.